UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:18-429 |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 982(a)(2) |
| | ) | 18 U.S.C. § 1014 |
| v. | ) | 18 U.S.C. § 1341 |
| | ) | 18 U.S.C. § 1344 |
| | ) | 18 U.S.C. § 2461(c) |
| | ) | |
| **MINH VAN NGUYEN** | ) | **INDICTMENT** |

### COUNT 1

THE GRAND JURY CHARGES:

1.     At all times relative to this indictment:

    a.     Pentagon Federal Credit Union (PenFed) was a financial institution as described in Title 18, United States Code, Section 20;

    b.     AllSouth Federal Credit Union (AllSouth) was a financial institution as described in Title 18, United States Code, Section 20;

2.     Beginning on a date unknown to the Grand Jury, but from at least October of 2016 and continuing up to December of 2016, the Defendant, **MINH VAN NGUYEN**, knowingly and willfully did devise a scheme and artifice to defraud financial institutions and to obtain money from financial institutions by means of materially false and fraudulent pretenses, representations, and promises, and to knowingly cause to be delivered to a post office and authorized depository for mail matter, matter and things to be delivered by the Postal Service, and did deposit and cause to be deposited matter and things to be sent and delivered by private and commercial interstate carriers, and did take and receive therefrom such matter and things, and did knowingly cause to be

1

delivered by mail and such carrier according to the direction thereon, and at the place at which such matter and things were addressed;

3. It was part of the scheme that **MINH VAN NGUYEN** would do and cause to be done the following:

    a. Apply to financial institutions for loans;

    b. Falsely and fraudulently claim that the loan was for the purchase of a vehicle when, in fact, as he then and there knew that he had no intention of purchasing a vehicle;

    c. Utilize this false and fraudulent information to fraudulently obtain loans from the financial institutions;

    d. Convert the proceeds to the Defendant's own use;

4. On or about October 17, 2016, in the District of South Carolina, the Defendant, **MINH VAN NGUYEN**, knowingly and willfully did execute the above scheme and artifice to defraud and to obtain money from AllSouth by means of false and fraudulent pretenses, representations, and promises, in that he did obtain a loan from AllSouth in the amount of $40,000, which he converted to his own use;

All in violation of Title 18, United States Code, Section 1344.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

1. The allegations in paragraphs 1, 2, and 3 of Count 1 of this Indictment are realleged and incorporated herein by this reference;

2. That on or about October 17, 2016, in the District of South Carolina, the Defendant, **MINH VAN NGUYEN**, knowingly made and caused to be made false statements for the purpose of influencing the action of AllSouth, a lender as described in Title 18, United States Code, Section 1014, upon an application for a loan in the amount of $40,000.00, allegedly for the purchase of a 2017 Acura RDX;

All in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT 3

1.   The allegations in paragraphs 1, 2, and 3 of Count 1 of this Indictment are incorporated herein by reference as setting forth a scheme and artifice to defraud;

2.   On or about October 17, 2016 in the District of South Carolina and elsewhere, the Defendant, **MINH VAN NGUYEN,** for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, did knowingly cause to be delivered to a post office and authorized depository for mail matter, matter and things to be delivered by the Postal Service, and did deposit and cause to be deposited matter and things to be sent and delivered by private and commercial interstate carriers, and did take and receive therefrom such matter and things, and did knowingly cause to be delivered by mail and such carrier according to the direction thereon, and at the place at which such matter and things were addressed, that is, a check in the amount of $40,000.00;

All in violation of Title 18, United States Code, Sections 1341 and 2.

# FORFEITURE

## FALSE STATEMENTS, MAIL FRAUD, BANK FRAUD:

Upon conviction to violate Title 18, United States Code, Sections 1014, 1341, and 1344 as charged in the Indictment, the Defendant, **MINH VAN NGUYEN**, shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

## PROPERTY:

Pursuant to Title 18, United States Code, Section 982(a)(2), and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

### Cash Proceeds/Money Judgment:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in this Indictment, that is, a minimum of approximately $80,000.00 in United States currency, and all interest and proceeds traceable thereto, and/or that such sum equals all property derived from or traceable to his violation of 18 U.S.C. §§ 1014, 1341, and 1344.

## SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant-

    A.    Cannot be located upon the exercise of due diligence;
    B.    Has been transferred or sold to, or deposited with, a third person;
    C.    Has been placed beyond the jurisdiction of the court;
    D.    Has been substantially diminished in value; or
    E.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture

of any other property of the Defendant's up to the value of the forfeitable property;

Pursuant to Title 18, United States Code, Section 982(a)(2), and Title 28, United States Code, Section 2461(c).

A __True__ BILL

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

_____
BETH DRAKE (JCP)
UNITED STATES ATTORNEY